_____

SO ORDERED,

*/s/ Neil P. Olack*

**Judge Neil P. Olack**
**United States Bankruptcy Judge**
**Date Signed: January 6, 2014**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

| | |
|---|---|
| **JOSEPH R. PARKER,** | **CASE NO. 12-01324-NPO** |
| **DEBTOR.** | **CHAPTER 13** |
| **JOSEPH R. PARKER** | **PLAINTIFF** |
| **VS.** | **ADV. PROC. NO. 13-00032-NPO** |
| **BILLY RAY SMITH** | **DEFENDANT** |
| **D/B/A SMITH AUTOMOTIVE** | |

### ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Consistent with this court's Memorandum Opinion and Order Granting Plaintiff's Motion for Summary Judgment (Adv. Dkt. No. 37), entered contemporaneously herewith,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered granting the Plaintiff's Motion for Summary Judgment (Adv. Dkt. No. 33) filed by the Debtor, Joseph R. Parker (the "Debtor").

IT IS FURTHER ORDERED AND ADJUDGED that Billy Ray Smith d/b/a Smith Automotive ("Smith") willfully violated the automatic stay under 11 U.S.C. § 362(a)(3).

IT IS FURTHER ORDERED AND ADJUDGED that Smith shall submit an application for a new certificate of title to the State Tax Commission, Department of Revenue, Title Bureau

transferring title of the 1999 Jeep Cherokee, VIN 1J4GW5887XC594993, to the Debtor within fourteen (14) days of the date of a final judgment.

##END OF ORDER##